UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ROSALYN COLE, | Case No. 22-cv-03997-SK |
|---|---|
| Plaintiff, | |
| v. | **ORDER REGARDING SEALED COMPLAINT** |
| ALEJANDRO MAYORKAS, et al., | |
| Defendants. | Regarding Docket Nos. 45, 46 |

The Court has reviewed Plaintiff's counsel's response to the Court's Order to Show Cause ("OSC") and HEREBY DISCHARGES the OSC. However, the Court DENIES the request to remove certain pages from Plaintiff's First Amended Complaint ("FAC"). The Court does not remove filings, or sections of filings, from the docket. Instead, the incorrectly filed FAC shall remain under seal. By no later than January 11, 2024, Plaintiff shall file a corrected FAC with those limited portions redacted.

**IT IS SO ORDERED**.

Dated: January 8, 2024

SALLIE KIM
United States Magistrate Judge