UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALYN COLE,<br><br>              Plaintiff,<br><br>        v.<br><br>ALEJANDRO MAYORKAS, et al.,<br><br>              Defendants. | Case No. 22-cv-03997-SK<br><br>**SECOND ORDER TO SHOW CAUSE**<br><br>Regarding Docket No. 51 |

On January 8, 2024, the Court discharged an Order to Show Cause ("OSC") but provided Plaintiff with a deadline of January 11, 2024, to filed a corrected First Amended Complaint ("FAC"). This deadline has passed, and Plaintiff failed to comply. Therefore, the Court issues a SECOND OSC to Plaintiff's counsel why counsel should not be personally sanctioned in the amount of $500 for failing to comply with the Court's Order. Plaintiff's counsel shall respond to this OSC in writing by no later than January 22, 2024. Additionally, the Court SETS a new deadline of January 18, 2024, for Plaintiff to file a corrected FAC.

**IT IS SO ORDERED**.

Dated: January 12, 2024

_____
SALLIE KIM
United States Magistrate Judge