UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALYN COLE,<br><br>    Plaintiff,<br><br>    v.<br><br>ALEJANDRO MAYORKAS, et al.,<br><br>    Defendants. | Case No. 22-cv-03997-SK<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>Regarding Docket No. 52 |

Upon review of Plaintiff's response to the Court's Order to Show Cause ("OSC"), the Court HEREBY DISCHARGES the OSC. There is no need to file a corrected First Amended Complaint.

**IT IS SO ORDERED**.

Dated: January 16, 2024

*Sallie Kim*
SALLIE KIM
United States Magistrate Judge